**Teresa ANKNEY; Richard Gorby, Plaintiffs–Appellants,**

**and**

**Cameron Gorby, a minor by his parents and next friend, Dr. Teresa Ankney and Richard Gorby, Plaintiff,**

**v.**

**Jack DALE; Board of Education of Frederick County, Defendants–Appellees,**

**and**

**Nancy S. Grasmick, officially as State Superintendent of Schools, Maryland Department of Education; Maryland State Department of Education, Defendants.**

**No. 00–1961.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2000.

Decided Jan. 5, 2001.

Teresa Ankney, Richard Gorby, pro se. Jeffrey Alan Krew, Columbia, MD, for appellees.

Before WILKINS, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Teresa Ankney and Richard Gorby, parents of Cameron Gorby, appeal the district court's order granting summary judgment to the Defendants in this action brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400–1487 (West 2000), § 504 of the Rehabilitation Act of 1993, 29 U.S.C.A. § 794 (West 1999), and 42 U.S.C.A. § 1983 (West Supp. 2000). The Appellants sought Cameron's placement in a private school at public expense. We have reviewed the record and the district court's memorandum and order and find no reversible error. *See Florence County School Dist. Four v. Carter,* 510 U.S. 7, 15, 114 S.Ct. 361, 126 L.Ed.2d 284 (1993); *Hall v. Vance County Bd. of Educ.,* 774 F.2d 629, 635 (4th Cir. 1985). Accordingly, we affirm on the reasoning of the district court. *See Gorby v. Grasmick,* No. CA–00–71–MJG (D. Md. June 20, 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*